JAMES F. CLAPP (145814)
jclapp@sdlaw.com
MARITA MURPHY LAUINGER (199242)
mlauinger@sdlaw.com
DOSTART CLAPP & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, California  92122-1253
Tel:  858-623-4200
Fax: 858-623-4299

KEVIN J. MCINERNEY (46941)
kevin@mcinerneylaw.net
KELLY MCINERNEY (200017)
kelly@mcinerneylaw.net
CHARLES A. JONES (224195)
caj@mcinerneylaw.net
MCINERNEY & JONES
18124 Wedge Parkway #503
Reno, NV 89511
Tel:  775-849-3811
Fax: 775-849-3866

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER GORDON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STEARNS LENDING, INC., dba FPF WHOLESALE,<br><br>Defendants. | CASE NO. 3:10-cv-05967 TEH<br><br>**STIPULATION TO FILE THE FIRST AMENDED COMPLAINT** |

Plaintiff Jennifer Gordon and Defendant Stearns Lending, Inc., by and through the undersigned counsel, hereby file this stipulation as follows:

WHEREAS, on December 30, 2010 plaintiff filed her Complaint in the above-captioned action;

WHEREAS, plaintiff wishes to amend her Complaint to dismiss the class allegations and

pursue her case on an individual basis;

NOW THEREFORE, plaintiff and defendant agree as follows:

1. Pursuant to Federal Rules of Civil Procedure 15(a), plaintiff's First Amended Complaint, a copy of which is attached hereto as Exhibit A, shall be filed forthwith and deemed served on all parties as of the date of filing.

Dated: April 18, 2011            JEFFER MANGELS BUTLER & MITCHELL, LLP


                                 s/ Michael J. Hassen
                                 MICHAEL J. HASSEN
                                 Attorneys for Defendant


Dated: April 15, 2011            DOSTART CLAPP & COVENEY, LLP


                                 s/ James F. Clapp
                                 JAMES F. CLAPP
                                 Attorneys for Plaintiff

433082.1

04/19/2011

IT IS SO ORDERED

Judge Thelton E. Henderson