1  JEFFER MANGELS BUTLER & MITCHELL LLP
   MICHAEL J. HASSEN (Bar No. 124823)
2  mjh@jmbm.com
   LOUISE ANN FERNANDEZ (Bar No. 86263)
3  lfernandez@jmbm.com
   AN NGUYEN RUDA (Bar No. 215453)
4  ahn@jmbm.com
   1900 Avenue of the Stars, Seventh Floor
5  Los Angeles, California 90067-4308
   Telephone:  (310) 203-8080
6  Facsimile:   (310) 203-0567

7  Attorneys for Defendant STEARNS LENDING, INC.

8  DOSTART CLAPP & COVENEY, LLP
   JAMES F. CLAPP (Bar No. 145814)
9  jclapp@sdlaw.com
   MARITA MURPHY LAUINGER (Bar No. 199242)
10 mlauinger@sdlaw.com
   4370 La Jolla Village Dr. Suite 970
11 San Diego, CA 92122-1253
   Tel: 858-623-4200
12 Fax: 858-623-4299

13 Attorneys for Plaintiff JENNIFER GORDON

14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                      SAN FRANCISCO

18

19 | JENNIFER GORDON, an individual,   | CASE NO.  3:10-cv-05967-TEH
20 |        Plaintiff,                 | [PROPOSED] ORDER APPROVING
                                       | STIPULATION AND PROTECTIVE
21 |     v.                            | ORDER REGARDING
                                       | CONFIDENTIAL INFORMATION
22 | STEARNS LENDING, INC., dba FPF    |
     WHOLESALE,
23 |        Defendant.                 |

7900634v1

1  The Court having reviewed the Stipulation and Protective Order Regarding
2  Confidential Information (the "Stipulation") entered into between plaintiff Jennifer
3  Gordon and defendant Stearns Lending, Inc. dba FPF Wholesale, hereby approves the
4  Stipulation.

5  **IT IS SO ORDERED.**

7  DATED: 07/14/2011



8  The _____
9  Senior Judge Thelton E. Henderson

7900634v1